

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2018

No. 04-17-00724-CV

**IN THE INTEREST OF I.P.,** a child,
Appellant

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-02486
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

In this accelerated appeal of the October 31, 2017 order terminating Appellant's parental rights, Appellant's brief was due on December 18, 2017. *See* TEX. R. APP. P. 38.6(a). We granted Appellant's first motion for extension of time to file the brief until January 8, 2018. On the due date, Appellant filed a second motion for extension of time to file the brief until January 29, 2018. *See id.* R. 38.6(d).

Appellant's second motion is GRANTED. Appellant's brief is due on January 29, 2018. *See id.* **Any further motion for extension of time to file Appellant's brief will be strongly disfavored.** *See* TEX. R. JUD. ADMIN. 6.2 (directing courts of appeals to dispose of parental rights termination suits "[w]ithin 180 days of the date the notice of appeal is filed").

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court